# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27402

February 22, 2022

John S. Brubaker, Clerk

CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Brian D. Rabinovitz
NORTH CAROLINA DEPARTMENT
OF JUSTICE
Post Office Box 629
Raleigh, NC 27602

Tracy Nayer
NORTH CAROLINA DEPARTMENT
OF JUSTICE
Post Office Box 629
Raleigh, NC 27602

      Re: The State of North Carolina v. Articul8, LLC et al
      Case No.: 1:22cv58

Dear Counsel:

    Our docket reflects that an answer was due from Defendants Articul8, LLC and Paul K. Talbot on February 17, 2022. To date an answer has not been filed by Defendants Articul8, LLC and Paul K. Talbot and the court has not received any correspondence from you.
    Within 10 days of the receipt of this letter, please advise me in writing how you wish to proceed with this action.

          Sincerely,

          JOHN S. BRUBAKER, CLERK

          By: /s/ Debbie Blay_____
          Case Manager

db