JOSHUA H. STEIN
ATTORNEY GENERAL



BRIAN D. RABINOVITZ
SPECIAL DEPUTY ATTORNEY GENERAL
TEL.: (919) 716-6863
FAX: (919) 716-6759
EMAIL: BRABINOVITZ@NCDOJ.GOV

February 22, 2022

*Via Electronic Filing Using the Court's CM/ECF System*

The Honorable John S. Brubaker, Clerk
United States District Court
Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27402

      RE:    The State of North Carolina v. Articul8, LLC et al.
              Case No.: 1:22cv58

Dear Mr. Brubaker:

      Thank you for your letter regarding the status of this case. As you stated, Defendants Articul8, LLC and Paul K. Talbot failed to answer or otherwise respond to Plaintiff's complaint by February 17, 2022, the date by which Defendants' answers were due.

      Plaintiff intends to file an application for entry of default against Defendants. Unless Defendants appear, or the Court orders otherwise, Plaintiff will file its application for entry of default no later than Friday, February 25, 2022.

      Sincerely,

      /s/ Brian D. Rabinovitz
      Brian D. Rabinovitz
      *Counsel for Plaintiff State of North Carolina, ex rel.*
      *Joshua H. Stein, Attorney General*