UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:22-cv-00058

| | |
|---|---|
| THE STATE OF NORTH CAROLINA, *ex rel.* JOSHUA H. STEIN, Attorney General,<br><br>          Plaintiff,<br>   v.<br><br>ARTICUL8, LLC; and PAUL K. TALBOT,<br><br>          Defendants. | **ENTRY OF DEFAULT AGAINST DEFENDANTS PAUL K. TALBOT AND ARTICUL8, LLC** |

Upon Plaintiff's Application for Entry of Default against Defendants Paul K. Talbot and Articul8, LLC [EFC No. 9] and because Defendants Talbot and Articul8 have failed to appear, plead, or otherwise defend against Plaintiff's complaint,

Default is entered against Defendants Talbot and Articul8 as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 25th day of February, 2022.

/s/ Gloria L. Powell
  Chief Deputy Clerk